```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 33254
   BOBBY COOKS JR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2544


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/22/2005 and was confirmed 10/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  52.00%.

     The case was dismissed after confirmation 06/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI SECURED          14570.00        2507.55       7537.13
DAIMLER CHRYSLER FINANCI UNSECURED         5594.98            .00            .00
MIDLAND MORTGAGE CO      CURRENT MORTG         .00            .00            .00
CAPITAL ONE              UNSECURED      NOT FILED           .00            .00
CB USA                   UNSECURED          76.25            .00            .00
CUSTOM COLLECTION SERVIC UNSECURED      NOT FILED           .00            .00
MEDICAL PAYMENT BLVD     NOTICE ONLY    NOT FILED           .00            .00
GEMB CARE                UNSECURED      NOT FILED           .00            .00
GOETHIA SIVAM MD         UNSECURED           .00            .00            .00
HAMMOND RADIOLOGIST PRO  UNSECURED         445.00            .00            .00
NICOR GAS                UNSECURED        1289.44            .00            .00
MIDLAND MORTGAGE CO      MORTGAGE ARRE   7450.04            .00       4420.06
CAPITAL ONE              UNSECURED         158.05            .00            .00
HAMMOND RADIOLOGIST PRO  UNSECURED         195.80            .00            .00
LEGAL REMEDIES CHARTERED DEBTOR ATTY    1,780.00                     1,780.00
TOM VAUGHN               TRUSTEE                                     1,042.26
DEBTOR REFUND            REFUND                                      1,749.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              19,036.00

PRIORITY                                        .00
SECURED                                   11,957.19
    INTEREST                               2,507.55
UNSECURED                                       .00
ADMINISTRATIVE                             1,780.00
TRUSTEE COMPENSATION                       1,042.26
DEBTOR REFUND                              1,749.00
                    --------------      --------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 33254 BOBBY COOKS JR
```

TOTALS                                    19,036.00              19,036.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn

Dated: 09/24/08                  _____

                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 05 B 33254 BOBBY COOKS JR